# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES, JR, THOMAS R. | 2. Court or Organization<br><br>U.S. DISTRICT CT - E.D. VA | 3. Date of Report<br><br>06/10/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE, FULL-TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>ALBERT V. BRYAN U.S. CTHSE<br>401 COURTHOUSE SQ.<br>ALEXANDRIA, VA 22314 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Executor | Estate #1 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JR, THOMAS R. | 06/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 12/28/12 | Trustee's Fee, Trust #1 | $6,000.00 |
| 2. | 12/28/12 | Executor's Fee, Estate #1 | $13,349.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | UNIVERSITY OF MARYLAND - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JR, THOMAS R. | 06/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JR, THOMAS R. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Putnam Asset Allocation Growth Fund | A | Dividend | K | T | | | | | |
| 2. Alger Balanced Fund | A | Dividend | J | T | | | | | |
| 3. AIM Basic Value Fund | A | Dividend | J | T | | | | | |
| 4. MFS Total Return Fund | A | Dividend | J | T | | | | | |
| 5. Strong Advantage Fund | A | Dividend | J | T | | | | | |
| 6. AIM Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 7. Columbia Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 8. AIM Global Growth Fund | A | Dividend | J | T | | | | | |
| 9. Alliance Growth Fund | A | Dividend | J | T | | | | | |
| 10. Davis NY Venture Fund | A | Dividend | J | T | | | | | |
| 11. Oppenheimer Global Fund | A | Dividend | J | T | | | | | |
| 12. Davis NY Venture Fund | A | Dividend | J | T | | | | | |
| 13. TIAA/CREF Ret.Equities Fund | B | Dividend | K | T | | | | | |
| 14. Nations Gov't Securities Fund | A | Dividend | J | T | | | | | |
| 15. Columbia Cash Reserves Fund | A | Dividend | K | T | | | | | |
| 16. Vanguard Federal Money Market Fund | B | Dividend | K | T | | | | | |
| 17. Vanguard Growth Equity Fund | A | Dividend | | | Sold | 02/14/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JR, THOMAS R. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard International Growth Fund | A | Dividend | J | T | | | | | |
| 19. Vanguard International Value Fund | A | Dividend | J | T | | | | | |
| 20. Vanguard Pacific Stock Inex Fund | A | Dividend | J | T | | | | | |
| 21. Vanguard Growth Equity Fund | A | Dividend | J | T | | | | | |
| 22. Vanguard Windsor II Fund | A | Dividend | | | Sold | 02/14/12 | K | A | |
| 23. Vanguard 500 Index Fund | A | Dividend | | | Sold | 02/14/12 | K | A | |
| 24. Vanguard Health care Fund | A | Dividend | | | Sold | 02/14/12 | K | A | |
| 25. Vanguard Short-Term Treasury Adm | A | Dividend | L | T | Buy | 02/14/12 | L | | |
| 26. Fidelity Small Cap independence Fund | A | Dividend | J | T | | | | | |
| 27. Fidelity Small Cap Stock Fund | A | Dividend | | | Sold | 02/13/12 | K | A | |
| 28. Fidelity Independence Fund | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 29. Fidelity Growth Company Fund | A | Dividend | J | T | | | | | |
| 30. Fidelity Asset manager 20% Fund | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 31. Fidelity Spartan Extended Market Index Fund | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 32. Fidelity Spartan 500 Index Fund | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 33. Fidelity Select Banking Portfolio Fund | A | Dividend | J | T | | | | | |
| 34. Fidelity Cash Reserves Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JR, THOMAS R. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Berkshire Hathaway class B | B | Dividend | K | T | | | | | |
| 36. BB&T Bank | A | Dividend | J | T | | | | | |
| 37. Bank of America | A | Dividend | J | T | | | | | |
| 38. Citigroup | A | Dividend | | | Sold | 02/13/12 | J | A | |
| 39. Cedar Fair LP | A | Dividend | J | T | Sold (part) | 04/10/12 | J | A | |
| 40. General Electric Company | A | Dividend | J | T | | | | | |
| 41. Simon Property Group | A | Dividend | J | T | | | | | |
| 42. - Edward Jones Money Market | A | Int./Div. | J | T | Buy (add'l) | 01/26/12 | N | | |
| 43. - Fairfax Cnty VA Wtr Auth Rev 5.0% | A | Interest | | | Sold | 01/26/12 | J | | |
| 44. - Fairfax Cnty VA Wtr Auth Wtr 5.0% | A | Interest | | | Sold | 01/26/12 | J | | |
| 45. - Greater Richmond Cnvtn Ctr VA 4.5% | A | Interest | | | Sold | 01/26/12 | J | | |
| 46. - Met WA DC Arpts Auth Sys Rev 5.0% | A | Interest | | | Sold | 01/26/12 | J | | |
| 47. - Univ VA Revs Rev Pl Edge 5.0% | A | Interest | | | Sold | 01/27/12 | K | | |
| 48. - Western VA Regl Jail Auth Rev 4.25% | A | Interest | | | Sold | 01/26/12 | J | | |
| 49. - MBIA Inc Senior Notes 6.4% | A | Interest | | | Sold | 01/26/12 | J | | |
| 50. - VK Insured Income Tr Ser 97 | A | Int./Div. | | | Sold | 01/26/12 | J | | |
| 51. - VK Insured Income Tr Ser 112 | A | Int./Div. | | | Sold | 01/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JR, THOMAS R. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - VK Invt Grade Mun Tr Ser 15 | A | Int./Div. | | | Sold | 01/26/12 | J | | |
| 53.  - VK Invt Grade Mun Tr Ser 26 | A | Int./Div. | | | Sold | 01/26/12 | J | | |
| 54.  - Bank of America Common Stock | A | Dividend | | | Sold | 01/26/12 | J | | |
| 55.  - Chevron Corp Common Stock | A | Dividend | | | Sold | 01/05/12 | K | | |
| 56.  - Dominion Resources Inc Common Stock | A | Dividend | | | Sold | 01/12/12 | K | | |
| 57.  - E I du Pont de Nemours & Co Common Stock | A | Dividend | | | Sold | 01/26/12 | J | | |
| 58.  - Frontier Communications Corp Common Stock | A | Dividend | | | Sold | 01/26/12 | J | | |
| 59.  - General Electric Co Common Stock | A | Dividend | | | Sold | 01/26/12 | K | | |
| 60.  - Johnson & Johnson Common Stock | A | Dividend | | | Sold | 01/26/12 | J | | |
| 61.  - JPMorgan Chase & Co Common Stock | A | Dividend | | | Sold | 01/04/12 | J | | |
| 62.  - Norfolk Southern Corp Common Stock | A | Dividend | | | Sold | 01/17/12 | K | | |
| 63.  - Pepsico Inc Common Stock | A | Dividend | | | Sold | 01/17/12 | K | | |
| 64.  - Pimco Etf Tr 1-5 Yr US Tips Shares | A | Dividend | | | Sold | 01/26/12 | L | | |
| 65.  - Pimco Etf Shares | A | Dividend | | | Sold | 01/26/12 | L | | |
| 66.  - Southern Co Common Stock | A | Dividend | | | Sold | 01/26/12 | J | | |
| 67.  - Suntrust Banks Inc Common Stock | A | Dividend | | | Sold | 01/26/12 | J | | |
| 68.  - Verizon Communications Common Stock | A | Dividend | | | Sold | 01/26/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JR, THOMAS R. | 06/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   - Washington Real Estate Invt Tr Stock | A | Dividend | | | Sold | 01/26/12 | J | | |
| 70.   BB&T Bank Checking Acc't. | A | Interest | | | Closed | 05/22/12 | K | | |
| 71.   US Savings Bonds | A | Interest | | | Redeemed | 05/24/12 | M | | |
| 72.   Bank of America Estate Acc't. | | None | N | T | Open | 01/27/12 | J | | |
| 73. | | | | | | | | | |
| 74. | | | | | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES, JR, THOMAS R. | 06/10/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets listed in lines 42 - 69 of Part VII were held as trustee of Trust #1.  The bank account in Line 70 and the savings bonds in Line 71 came under my control when the decedent of Estate #1 died on December 20, 2011.  The proceeds of both were paid into the estate account listed in Line 72.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ THOMAS R. JONES, JR**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544